UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SMALL BUSINESS ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) | Civil Action No. 24-1363 (SLS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: February 4, 2025

| | |
|---|---|
| */s/ Eric Neal Cornett (By Permission)* <br> ERIC NEAL CORNETT <br> D.C. Bar #1660201 <br> Law Office of Eric Neal Cornett <br> (606) 275-0978 <br> neal@cornettlegal.com <br><br> *Counsel for the Plaintiff* | EDWARD R. MARTIN, JR. <br> DC Bar #481866 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ Kaitlin K. Eckrote* <br>     KAITLIN K. ECKROTE <br>     DC Bar #1670899 <br>     Assistant United States Attorney <br>     601 D Street, N.W. <br>     Washington, D.C. 20530 <br>     Phone: (202) 252-2485 <br>     Kaitlin.Eckrote@usdoj.gov <br><br> *Counsel for the United States of America* |